# MISCELLANEOUS SUPREME COURT DISPOSITIONS

## TAX COURT APPEAL DISMISSED

### April 23, 2015

Dixon v. Department of Revenue (TC 5190)(S062504)(21 OTR 383)